UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| INDEPENDENT BANK OF WEST MICHIGAN, )<br>         Plaintiff,                                            )<br>                                                                )  No. 1:12-cv-558<br>-v-                                                          )<br>                                                                )  HONORABLE PAUL L. MALONEY<br>GAYLE C. DEVECHT,                                 )<br>         Defendant.                                      )<br>_____ ) | | |

## JUDGMENT

Having granted Plaintiff's Motion for Summary Judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Plaintiff and against Defendant.

**IT IS ORDERED** that Defendant is liable to Plaintiff in the amount of $316,693.14, plus costs. Defendant shall submit a bill of costs, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   October 26, 2012                                              /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge